## MOORE v. OHIO.

No. 423, Misc.   Decided December 9, 1968.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## CROSS v. ILLINOIS.

No. 747, Misc.   Decided December 9, 1968.

*John Unger* for appellant.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.